FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
TATIANA PEREZ,
Defendant.

Case No. 2:26-mj-04571

**ORDER OF DETENTION**

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

On August 3, 2026, Defendant Tatiana Perez made her initial appearance in this district following her arrest on the petition for revocation of supervised release and warrant for arrest issued in the District of Maryland, and a detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released. *See* 18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition that Defendant relocated to California without permission from her supervising probation officer;

☒ conflicting information regarding where Defendant resides;

☒ conviction in 2021 for failure to appear.

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

It is therefore ORDERED that Defendant Tatiana Perez is remanded to the custody of the U.S. Marshal to be transported to the United States District Court for the District of Maryland for further proceedings. **Government counsel is directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person

in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: August 4, 2026

Patricia Donahue

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE